USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2023

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

March 9, 2023

Hon. Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

Re: United States v. Dezyre Baez,
23 Cr. 110 (MKV)

Your Honor

    I write to request an extension of time for Ms. Baez to satisfy her bond. The one hundred thousand dollar bond requires one co-signer and although we have identified a potential co-signer, more time is needed for the U.S. Attorney's Office to interview her and determine whether she is a qualified co-signer.
    The government, by Jeffery Coyle, Esq., consents to this application. Therefore, I request an extension of time to Tuesday March 14, 2023 for Ms. Baez to satisfy her bond.
    .

                                        Respectfully,
                                        *Lisa Scolari*
                                        Lisa Scolari

SO ORDERED:  3/9/2023

_____
HON. MARY KAY VYSKOCIL