USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

March 19, 2023

Hon. Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

                Re: United States v. Dezyre Baez,
                     23 Cr. 110 (MKV)

Your Honor

     I write to request that the Court relieve me from representing Ms. Baez without being required to appear at the conference scheduled for April 19, 2023. Ms. Baez has hired private counsel who has filed a Notice of Appearance.
.

                                              Respectfully,

                                              *Lisa Scolari*
                                              Lisa Scolari

SO ORDERED:   3/20/2023

*Mary Kay Vyskocil*
HON. MARY KAY VYSKOCIL