**MEMORANDUM**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2023
```

TO:   <u>Honorable Mary Kay Vyskocil</u>
      U.S. District Judge

FROM: <u>Taelor P. Nisbeth</u>
      U.S. Pretrial Services Officer Assistant

                           RE: Dezyre Baez
                           DOCKET #:  1:23-cr-00110-MKV-4

The attached memorandum was prepared by Pretrial Services Officer Assistant:

**Taelor P. Nisbeth**                         **917-658-6839**

      Name                                    Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # <u> 18C </u>   on <u> July 19, 2023 </u> at <u> 11:00 AM </u>.
                           Date                      Time

[X]   So Ordered: <u>*Mary Kay Vyskocil*</u>
      7/13/2023

[ ]   I request that a Bail Review Hearing be conducted by:

        [ ]   The presiding Magistrate Judge in courtroom # 5A.

        [ ]   The District Court Judge presiding in Part I.

        [ ]   _____ at his/her earliest convenience.
                      Judicial Officer