UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                                           :

UNITED STATES OF AMERICA,     :

              -v-                            :

DEZYRE BAEZ,                          :

                  Defendant.     :
-------------------------------------------------- X

23 Cr. 110-04 (RA)

<u>ORDER</u>

RONNIE ABRAMS, District Judge:

In light of Dezyre Baez's acceptance into the Young Adult Opportunity Program and her and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to March 21, 2025.

Dated:       September 21, 2023
                 New York, New York

                                               _____
                                                         RONNIE ABRAMS
                                                   United States District Judge