UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
UNITED STATES OF AMERICA
                                   :   1:23-CR-110-RA-4

     -against-                     :   ORDER

Dezyre Baez
                                   :
Defendant
                                   :
-----------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail conditions be

modified to include:

   - Travel extended to the District of New Jersey

   - Mental health evaluation/treatment as directed by Pretrial

     Services


Dated: December 1,2023
New York, New York


                    SO ORDERED:


                    _____
                    Ronnie Abrams
                    United States District Judge