```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:23-cr-00110-RA-4
      -against-                      :   ORDER
                                     :
Dezyre Baez                          :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendants (Crystal Medina & David Fernandez) outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.

Dated: March 13, 2024 New York, New York

SO ORDERED:

_____
SARAH NETBURN
United States Magistrate Judge