UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :    1:23-cr-00110-RA-4

Dezyre Baez
                                     :
Defendant
                                     :
-------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that Defendant's bail be modified to include the following condition: Defendant shall be permitted to travel to the state of Connecticut (and any areas required for travel there).

Dated: October 22, 2025

                                SO ORDERED:

                                _____
                                Ronnie Abrams
                                United States District Judge